**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICOLE BANKS,<br><br>        Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>        Defendant. | Case No. 2:26-cv-01033-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint discovery plan must be filed by May 27, 2026.

IT IS SO ORDERED.

Dated: May 20, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1