**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com
jwhite@lgclawoffice.com

Attorneys for Defendant, TARGET CORPORATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICOLE BANKS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION dba TARGET, a foreign corporation; DOE INDIVIDUALS 1-10; and ROE BUSINESS ENTITIES 11-20,<br><br>Defendants. | CASE NO. 2:26-cv-01033-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES, ONLY**<br><br>**[First Request]** |

Pursuant to Fed. R. Civ. P. 6, Fed. R. Civ. P. 26, LR 26-1 and LR 26-4, Plaintiff, NICOLE BANKS ("Plaintiff"), by and through her attorney of record, CHRISTIAN A. MILES, ESQ. of the law firm HICKS & BRASIER, PLLC and Defendant, TARGET CORPORATION, by and through its attorneys of record, LOREN S. YOUNG, ESQ. and JULIE A. WHITE, ESQ. of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, and hereby stipulate and agree to a continuance of the current discovery deadlines until thirty (30) days after private mediation, which is scheduled on January 26, 2027 with (Ret.) Justice Nancy Saitta.

## I. DISCOVERY COMPLETED

1. Plaintiff served her Initial Disclosures on May 19, 2026.
2. Defendant served Interrogatories and Requests for Production of Documents to Plaintiff on June 3, 2026.

3. Plaintiff served Interrogatories and Requests for Production of Documents to Defendant on June 24, 2026

4. Defendant served its Initial Disclosures on June 29, 2026.

5. Plaintiff served her Responses to Defendant's Interrogatories and Requests for Production of Documents on July 17, 2026.

6. Plaintiff served her First Supplemental Disclosure on July 17, 2026.

7. Defendant served its Responses to Plaintiff's Interrogatories and Requests for Production of Documents on July 24, 2026.

8. Defendant served its First Supplemental Disclosure on July 24, 2026.

9. Site Inspection was held on August 18, 2026.

## II. DISCOVERY REMAINING TO BE COMPLETED

1. Initial and Rebuttal expert disclosures
2. Deposition of Plaintiff
3. Depositions of percipient witnesses
4. Depositions of FRCP 30(b)(6) witnesses
5. Expert witness depositions
6. Additional written discovery as needed

## III. REASONS WHY DISCOVERY SHOULD BE EXTENDED

This matter involves an alleged slip and fall incident. The parties have been working through discovery and handling conflicts as they arise. The parties have been working together to continue to push through discovery where possible, but additional time is necessary. While the Parties have been actively participating in discovery, the parties wish to extend discovery thirty (30) days following the scheduled mediation on January 26, 2027 with (Ret.) Justice Nancy Saitta, to preserve costs and fees to continue efforts to resolve and if the parties are unable to resolve, therefore seek additional time for scheduling the depositions of percipient witnesses and Plaintiff's treating providers, obtaining medical records of the Plaintiff asserts injury to multiple areas of the body which will require multiple experts as well as other discovery that may arise in the course of discovery should the matter not settle. The Parties are acting in good faith, and the request is not intended to cause unnecessary delay or prejudice

to any party. The parties anticipate no further extensions will be required and put forth that the additional time is necessary in order to complete the remaining discovery. The parties agree this request is not made for the purpose of delay, but to ensure a just adjudication of the case on the merits, and that neither party will be prejudiced by the requested extension. The parties will continue to work cooperatively with each other to complete discovery.

**IV. <u>PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY</u>**

It is hereby stipulated that the discovery cutoff deadline be extended for a period of thirty (30) days following the scheduled mediation on January 26, 2027. If approved, the new discovery deadlines would be modified as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| Event Deadline | Current Date | Proposed Date |
|---|---|---|
| Close of Discovery | 11/30/2026 | **04/26/2027** |
| Motions to Amend Pleadings | 09/01/2026 | **Closed** |
| Initial Expert Disclosures | 10/01/2026 | **02/25/2027** |
| Rebuttal Expert Disclosures | 11/02/2026 | **03/29/2027**[1] |
| Dispositive Motions | 12/30/2026 | **05/26/2027** |
| Joint Pre-Trial Order | 01/29/2027 | **06/25/2027** |

**IT IS SO STIPULATED AND AGREED.**

DATED this 29th day of September, 2026.

**LINCOLN, GUSTAFSON & CERCOS, LLP**

*/s/ Loren S. Young*

______________________________

**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Attorneys for Defendant,
TARGET CORPORATION

DATED this 29th day of September, 2026.

**HICKS & BRASIER, PLLC**

*/s/ Christian A. Miles*

______________________________

**ALISON M. BRASIER, ESQ.**
Nevada Bar No. 10522
**CHRISTIAN A. MILES, ESQ.**
Nevada Bar No. 13193
2630 S. Jones Blvd.
Las Vegas, Nevada 89146
Attorneys for Plaintiff,
NICOLE BANKS

**ORDER**

IT IS SO ORDERED.

Dated: September 29, 2026

______________________________
United States Magistrate Judge

[1] Actual date is March 27, 2027, which is a Saturday.